# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**SEALED**

ORDERED UNSEALED on 11/28/2025    s/ judepeters

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| Eric Irwin (1) | Case Number: 25-cr-3189-RSH-1 |

**FILED DEC 0 3 2025**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Eric Irwin (1)___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):

21:841(a)(1), (b)(1)(A), 846 - Conspiracy to Distribute Controlled Substances
21:841(a)(1), (b)(1)(B), 846 - Distribution of Controlled Substances
21:841(a)(1), (b)(1)(B) - Distribution of Controlled Substances
21:841(a)(1), (b)(2), 846 - Conspiracy to Distribute Controlled Substances
21:853 - Criminal Forfeiture

DATE: 12/1/2025
ARRESTED BY: USMS
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

RECEIVED 2025 AUG 14 AM 8:55 U.S. MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Cortez | 8/14/2025, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ by ___The Honorable Valerie E. Torres___
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

anh