# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25-cr-03189-RSH |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Eric Irwin(1) | Booking No.27054512 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12/5/2025__

the Court entered the following order:

__X__  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release.

__X__  Defendant released on __$10,000 P/S__ Bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case dismissed.

_____  Case dismissed, charges pending in case no.

_____  Defendant to be release to Pretrial Services for electronic monitoring.

_____  Other.


ALLISON H. GODDARD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   T. Lee   x. 7749

Crim-9 (Rev. 09/23)
Original

**Trina Lee**

| | |
|---|---|
| **From:** | |
| **To:** | Trina Lee |
| **Sent:** | Friday, 5 December, 2025 4:02 PM |
| **Subject:** | Read: Abstract   Eric Irwin(1) 25cr3189 |

Your message

   To: CAS Releases
   Subject: [EXTERNAL] Abstract   Eric Irwin(1) 25cr3189
   Sent: Friday, December 5, 2025 3:59:32 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Friday, December 5, 2025 4:01:38 PM (UTC-08:00) Pacific Time (US & Canada).

1